J.T. GIBBONS, INC., Plaintiff-Appellant,

v.

CRAWFORD FITTING COMPANY, et al., Defendants-Appellees.

No. 84–3332.

United States Court of Appeals, Fifth Circuit.

Sept. 18, 1985.

Joseph L. Alioto, Alioto & Alioto, Gary D. Elion, John I. Alioto, Lawrence G. Papalo, San Francisco, Cal., for plaintiff-appellant.

McGlinchey, Stafford & Mintz, Dando B. Cellini, New Orleans, La., for Crawford Fitting and Lennon.

Ernest P. Mansour, Cleveland, Ohio, Victoria L. Knight, New Orleans, La., for Crawford.

Dale, Owen, Richardson, Taylor & Matthess, Thomas E. Balhoff, Baton Rouge, La., for Capital Valve & Fitting Co.

Charles E. Hamilton, III, New Orleans, La., for Thomas Read & Co.

(Opinion May 17, 1985, 5 Cir., 1985, 760 F.2d 613)

Before CLARK, Chief Judge, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, TATE, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, HILL, and JONES, Circuit Judges.

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc without oral

argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.